Kenneth R. GROSS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28792.

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This purports to be an appeal from the order revoking probation and imposing sentence for four years in the penitentiary for felony theft.

The record does not reflect that notice of appeal was given to this court as required by law.

Without a proper notice of appeal, this court has no jurisdiction of the case.

The appeal is dismissed.